IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 23-33-CJW-MAR |
| Plaintiff, | ) | |
| vs. | ) | GOVERNMENT'S MOTION |
| | ) | FOR LEAVE OF COURT TO FILE |
| MICHAEL HEINITZ, | ) | SENTENCING MEMORANDUM |
| | ) | AND EXHIBITS UNDER SEAL |
| Defendant. | ) | (UNRESISTED) |

Pursuant to Local Rule 5(c), the government files its motion for leave of court to file its sentencing memorandum and exhibits under seal and in support of this motion states as follows:

1. Sentencing in this case is scheduled for January 25, 2024.

2. The government seeks to file its sentencing memorandum and exhibits under seal. Some of these documents contain confidential information, including information relating to victim restitution requests.

3. The government has contacted defense counsel, who has no objection to the filing of the government's sentencing memorandum and exhibits under seal.

Respectfully submitted,

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on January 17, 2024.

UNITED STATES ATTORNEY

BY: s/ LM

COPIES TO: Jill Johnston

TIMOTHY T. DUAX
United States Attorney

By: s/ Mark Tremmel

MARK TREMMEL
Assistant United States Attorney
111 Seventh Avenue SE, Box 1
Cedar Rapids, Iowa 52401
(319) 363-6333 / (319) 363-1990 (fax)
Mark.Tremmel@usdoj.gov